# Court of Appeals
# of the State of Georgia

ATLANTA, __December 23, 2013__

*The Court of Appeals hereby passes the following order:*

## A14D0142. JISUN KIM v. JINHAN CORPORATION.

Jisun Kim filed this application for discretionary appeal from the trial court's order granting garnishee Jinhan Corporation's motion to set aside a judgment under OCGA § 9-11-60 (d) due to lack of service of notice of hearing. Although an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal, see OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006), an appeal from the grant of a motion to set aside leaves the case pending in the trial court below and is not a final judgment. *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994). Because this case remains pending below, Kim was required to follow the interlocutory appeal procedure of OCGA § 5-6-34 (b). Id; see also *Oxmoor Portfolio, LLC v. Flooring & Tile Superstore of Conyers*, 320 Ga. App. 640 (740 SE2d 363) (2013). Kim did not comply with those procedures. Absent a certificate of immediate review and application to this Court for interlocutory appeal, we lack jurisdiction to consider Kim's appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, __12/23/2013__
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____, *Clerk.*